Commonwealth *v.* Battle, Appellant.

Submitted November 12, 1973. *John R. Cook* and *John J. Dean*, Assistant Public Defenders, and *George H. Ross*, Public Defender, for appellant; *Robert L. Campbell* and *Robert L. Eberhardt*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

Commonwealth *v.* Baxter, Appellant.

Submitted November 12, 1973. *Stephen H. Hutzelman*, for appellant; *Alois Lubiejewski*, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.